504

## 18577

Margaret REGISTER, Respondent, v. NIAGARA FIRE INSUR-
ANCE COMPANY and James W. Cannon Insurance Agency, of
whom Niagara Fire Insurance Company is Appellant.

(151 S. E. (2d) 640)

*Messrs. Floyd & Craig, Bill R. Craig and Robert G. Caw-
son, Jr.,* of Hartsville, *for Appellant,*

*Messrs. Thad E. Saleeby* and *Edward E. Saleeby,* of
Hartsville, and *Isadore E. Lourie,* of Columbia, *for Respond-*

*ent,*

December 1, 1966.

*Per Curiam:*

This is an appeal from an order of the lower court denying a motion to strike certain allegations of the complaint as irrelevant, immaterial, and redundant.

The general rule is well settled that an order refusing to strike allegations in a pleading as irrelevant and redundant is not conclusive upon the trial of the case on the merits and is not appealable. *Sparks v. D. M. Dew & Sons, Inc.,* 230 S. C. 507, 96 S. E. (2d) 488; *Winchester v. United Insurance Co.,* 231 S. C. 288, 98 S. E. (2d) 530; *Blackmon v. United Insurance Co.,* 233 S. C. 424, 105 S. E. (2d) 521; *Tate v. Oxner,* 236 S. C. 313, 114 S. E. (2d) 225; *Mason v. Kresge,* 247 S. C. 144, 146 S. E. (2d) 158. Application of the foregoing rule to the present appeal requires that it be dismissed; and it is so ordered.

Appeal dismissed.